UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LISA GARRETT, INDIV AND AS ADM EST NATHAN GARRETT | ) ) ) ) | CASE NO.: 1:24cv00471 |
| Plaintiff, | ) ) ) | JUDGE DAVID RUIZ |
| CRUZ D.ALLEN, ET AL. | ) ) ) | **RESPONSE** |
| Defendants. | ) ) ) | |

Pursuant to the Court's Notice and Order [non-document] entered on May 28, 2024, the Ohio National Guard indicates that it does not oppose the Motion to Sever filed by Defendant Betty Green (ECF No. 21).  Moreover, counsel for the Ohio National Guard and the Plaintiffs are scheduled to meet and confer on May 30, 2024, regarding the status of the *Touhy* request and requested documents.

                                                Respectfully submitted,

                                                REBECCA C. LUTZKO
                                                United States Attorney

By:    s/ *Ruchi V. Asher*
        RUCHI V. ASHER (#0090917)
        Assistant United States Attorney
        400 United States Court House
        801 West Superior Avenue
        Cleveland, Ohio  44113-1852
        (216) 622 – 3718 – Asher
        (216) 522-4982 – Facsimile
        Ruchi.Asher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, a copy of the foregoing *Response* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this filing was also sent via regular U.S. Mail to:

Christopher Leach
106 Quail Creek Dr.
Gallipolis, OH 45631

                                                                          s/ *Ruchi V. Asher*
                                                                          RUCHI V. ASHER (#0090917)